UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
June 24, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>FELICIA BERNSTINE,<br><br>    Defendant. | CASE NUMBER: 2:14-mj-00135-KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Felicia Bernstine</u>; Case <u>2:14-mj-00135-KJN</u> from custody and for the following reasons:

  __  Release on Personal Recognizance

  __  Bail Posted in the Sum of _____

  _X_  Unsecured Appearance Bond in the amount of <u>$25,000.00</u>

  __  Appearance Bond with 10% Deposit

  __  Appearance Bond secured by Real Property

  __  Corporate Surety Bail Bond

  _X_  (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on   <u>6/24/2014</u>   at <u>2:15 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge