BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELICIA G. BERNSTINE,<br><br>A/K/A FELICIA G. SANDERS,<br><br>Defendant. | CASE NO. 2:14-MJ-00135-KJN<br><br>STIPULATION AND PROPOSED ORDER TO RESCHEDULE STATUS CONFERENCE |

This matter relates to an out of district arrest of defendant Felicia Bernstine, who is charged in *United States v. Bernstine*, 4:14-CR-075, S.D. Iowa with four felony counts relating to benefits fraud. Ms. Bernstine made her initial appearance in the Eastern District of California on June 24, 2014, at which time the parties advised the Court that Ms. Bernstine desired to resolve this matter via a plea in this District under Federal Rules of Criminal Procedure Rule 20. Because the U.S. Attorney's Office for the Southern District of Iowa had not weighed in on the issue, nor had any agreement been reached, the parties asked for a status conference on July 1, 2014. Since June 24, 2014, a scheduling conflict has arisen for counsel for both parties.

STIPULATION AND PROPOSED ORDER                 1

The parties therefore mutually request the status conference be reset from July 1, 2014, to July 2, 2014, at 2 p.m.  The U.S. Attorney's Office for the Southern District of Iowa has been consulted by Government counsel and has no objection to the rescheduled date.  Counsel for Ms. Bernstine will ensure her appearance on the rescheduled date.

Dated:  June 30, 2014                                             BENJAMIN B. WAGNER
                                                                                 United States Attorney

                                                                    By:   /s/ JEAN M. HOBLER
                                                                                 JEAN M. HOBLER
                                                                                 Assistant United States Attorney


Dated:  June 30, 2014                                             HEATHER WILLIAMS
                                                                                 Federal Defender


                                                                    By:   /s/ Jean M. Hobler for
                                                                                 LINDA HARTER
                                                                                 Assistant Federal Defender
                                                                                 Counsel for Defendant
                                                                                 (Signature authorized June 28, 2014)


## ORDER

Based on the parties' stipulation, the status conference in this matter is rescheduled from July 1, 2014, to July 2, 2014, at 2:00 p.m. before Magistrate Judge Allison Claire.

Dated:  June 30, 2014

                                                                                 _____
                                                                                 HON. ALLISON CLAIRE
                                                                                 U.S. Magistrate Judge